URBAN JUSTICE CENTER | Mental Health Project

Application GRANTED. Plaintiff shall file her opening brief in support of her motion by **November 20, 2026**; Defendant shall file his brief in opposition to Plaintiff's motion by **December 21, 2026**; and Plaintiff shall file her brief, if any, in further support of her motion by **January 11, 2027**.

The Clerk of Court is respectfully requested to terminate ECF 11.

Dated: October 9, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Filed Via ECF

8 October 2026

Hon. Robyn F. Tarnofsky
U.S. Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RE: Berkowitz v. Bisignano (1:26-cv-04310-RFT)
Letter Motion to Request Leave for an Extension of Time

Dear Judge Tarnofsky,

I represent Plaintiff Rachel Berkowitz in this Social Security case, and I write to request an extension of time in the briefing schedule. This letter motion is made on consent of opposing counsel. Currently, the Plaintiff's brief is due on October 21, 2026, and there have been no prior requests for extensions of time. The parties have conferred under Local Social Security Rule 4.1 and have agreed on a comprehensive schedule for all future filings. We respectfully request leave to reset the briefing schedule for both parties for the following dates:

Plaintiff's Brief due by November 20, 2026.
Defendant's Brief is due by December 21, 2026.
Plaintiff's Reply Brief due by January 11, 2027.

Thank you for your consideration.

Respectfully submitted,

*/s/ Ann Pegg Biddle*
Mental Health Project
Urban Justice Center
Attorney for Plaintiff
646-602-5671
abiddle@urbanjustice.org

*Cc: All counsel of record via ECF*